IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. |
| v. | ) |
| KATHY L. COLE, | ) |
| Defendant. | ) |

## THE UNITED STATES OF AMERICA'S COMPLAINT

The United States of America complains and alleges as follows:

1. Plaintiff, the United States of America, brings this civil action to obtain a judgment against Defendant Kathy L. Cole for the unpaid federal income tax assessments against her for the 2006–2009 and 2018 tax years (the "years at issue").

2. This action is authorized and requested by the Chief Counsel of the IRS, a delegate of the Secretary of the Treasury of the United States, and is commenced at the direction of the Attorney General of the United States.

### Jurisdiction, Venue, and Parties

3. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities accrued and continue to accrue in this district and Defendant Cole resides in this district.

5. Defendant Cole resides in Hillsborough County, Florida, which is within the jurisdiction of this Court.

**Reduce Federal Tax Liabilities to Judgment**

6. For the 2006, 2007, 2009 and 2018 tax years, Defendant Cole voluntarily filed federal income tax returns on which she reported tax due. However, in each of those years, Defendant Cole failed to fully pay the self-reported amounts due. For each of those years, a delegate of the Secretary of the Treasury assessed against Defendant Cole the tax she reported on the returns, plus penalties and interest, on the dates and in the amounts shown below:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|---|
| 2006 | 02/07/2011 | $20,848.00 | RETURN FILED AND TAX ASSESSED | **$52,997.40** |
| | | $578.00 | FAILURE TO PRE-PAY PENALTY | |
| | | $4,690.80 | LATE FILING PENALTY | |
| | | $4,795.04 | LATE PAYMENT PENALTY | |
| | | $5,733.44 | INTEREST | |
| | 05/09/2011 | $314.57 | INTEREST | |
| | | $312.72 | LATE PAYMENT PENALTY | |

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|---|
| | 11/05/2018 | $11,101.50 | INTEREST | |
| | | $104.24 | LATE PAYMENT PENALTY | |
| | 11/04/2019 | $2,731.66 | INTEREST | |
| 2007 | 01/03/2011 | $20,704.00 | RETURN FILED AND TAX ASSESSED | $47,814.43 |
| | | $4,658.40 | LATE FILING PENALTY | |
| | | $3,416.16 | LATE PAYMENT PENALTY | |
| | | $3,314.20 | INTEREST | |
| | 05/09/2011 | $368.74 | INTEREST | |
| | | $517.60 | LATE PAYMENT PENALTY | |
| | 11/05/2018 | $9,822.69 | INTEREST | |
| | | $1,242.24 | LATE PAYMENT PENALTY | |
| | 11/04/2019 | $2,481.80 | INTEREST | |
| 2009 | 02/06/2012 | $10,967.00 | RETURN FILED AND TAX ASSESSED | $22,622.21 |
| | | $253.00 | FAILURE TO PRE-PAY PENALTY | |
| | | $2,377.57 | LATE FILING PENALTY | |
| | | $1,162.37 | LATE PAYMENT PENALTY | |
| | | $840.12 | INTEREST | |
| | 11/05/2018 | $4,013.80 | INTEREST | |
| | | $1,479.37 | LATE PAYMENT PENALTY | |
| | 11/04/2019 | $1,166.02 | INTEREST | |
| 2018 | 11/25/2019 | $1,815.00 | RETURN FILED AND TAX ASSESSED | $2,266.92 |

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|---|
| | | $28.00 | FAILURE TO PRE-PAY PENALTY | |
| | | $350.77 | LATE FILING PENALTY | |
| | | $62.36 | LATE PAYMENT PENALTY | |
| | | $63.61 | INTEREST | |
| | 03/02/2020 | $20.00 | FEES AND EXPENSES FOR COLLECTION | |
| | | | TOTAL | $125,700.96 |

*As of July 20, 2020. Balance due reflects further interest and statutory additions as allowed by law less any credits, including for payments received.

7. In tax year 2008, Defendant Cole filed an income tax return reporting tax due of $5,325 that was assessed on November 23, 2009. The IRS audited the return and determined that Cole underreported her 2008 tax by $51,700. Following that examination and in accordance with applicable deficiency procedures, the IRS sent Defendant Cole a notice of deficiency advising her of a proposed tax deficiency for 2008 and providing her with an opportunity to contest that deficiency in U.S. Tax Court.

8. Defendant Cole did not challenge the notice of deficiency in Tax Court.

9. Thereafter, a delegate of the Secretary of the Treasury assessed taxes, and applicable penalties and interest, against Defendant Cole on the dates and in the amounts shown below:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|---|
| 2008 | 09/03/2012 | $14,258.75 | LATE FILING PENALTY | **$133,865.18** |
|  |  | $11,442.00 | MISCELLANEOUS PENALTY |  |
|  |  | $51,710.00 | TAX ASSESSED BY EXAMINATION |  |
|  | 11/05/2018 | $32,801.78 | INTEREST |  |
|  |  | $14,258.75 | LATE PAYMENT PENALTY |  |
|  | 11/04/2019 | $6,952.16 | INTEREST |  |
|  | 03/16/2020 | $20.00 | FEES AND EXPENSES FOR COLLECTION |  |
|  |  |  | **TOTAL** | **$133,865.18** |

*As of July 20, 2020. Balance due reflects further interest and statutory additions as allowed by law less any credits, including for payments received.

10. A delegate of the Secretary of the Treasury properly gave notice to Defendant Cole of the unpaid taxes described in paragraphs 6, 7 and 9 above. Despite notice and demand for payment, Defendant Cole has failed and refused to pay the entire amount of those liabilities.

11. Taking into account all payments, credits, and abatements, as of July 20, 2020, Defendant Cole owes $259,566.14, plus further interest and

statutory additions thereon as allowed by law, in income taxes, penalties, and interest for tax years 2006–2009 and 2018.

WHEREFORE, the United States of America respectfully requests that the Court grant the following relief:

A.  That the Court enter judgment in favor of the United States and against Defendant Cole in the amount of $259,566.14 as of July 20, 2020, plus further interest and statutory additions as allowed by law, for unpaid income taxes, penalties, and interest for tax years 2006–2009 and 2018; and

B.  That the Court grant the United States such other and further relief, including costs, it deems just and proper.

Dated: December 17, 2020.

>   Respectfully Submitted,
>   RICHARD E. ZUCKERMAN
>   Principal Deputy Assistant Attorney General
>   Tax Division
>
>   By:   */s/ Thomas K. Vanaskie*
>   THOMAS K. VANASKIE
>   D.C. Bar 1000405
>   JORDAN A. ESTEBAN
>   Florida Bar No. 1025386
>   Trial Attorneys, Tax Division
>   U.S. Department of Justice
>   P.O. Box 14198
>   Washington, D.C.  20044
>   202-305-7921 (v) - Vanaskie
>   202-514-6472 (v) - Esteban
>   202-514-4963 (f)
>   Thomas.K.Vanaskie@usdoj.gov

Jordan.A.Esteban@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
KATHY COLE

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: HILLSBOROUGH
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas K. Vanaskie, Jordan Esteban
U.S. Dep't of Justice, Tax Division
P.O. Box 14198, Washington, DC 20044, tel: 202-514-6472

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[x] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General | | [x] 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 26 U.S.C. Section 7401

Brief description of cause: Suit to reduce federal tax liabilities to judgment

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 260,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 12//17/2020
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | ) |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| KATHY COLE | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KATHY COLE
67 CAMELOT RIDGE DRIVE
BRANDON, FLORIDA 33511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas K. Vanaskie
Jordan Esteban
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 14198
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: